## OWNERSHIP OF MARQUIS FAMILY COMPANIES

| Entity | Denver Ownership | Jon Marquis Family Ownership[1] | Other | Jon Marquis Role |
|---|---|---|---|---|
| Select Demo | 17%[2] | 83%[3] | 0 | Advisory[4] |
| Marquis Management | 0% | 100%[5] | 0 | Owner/Manager[6] |
| Select Paint | 45%[7] | 45%[8] | 10%[9] | Advisory[10] |
| Select Spray | 40%[11] | 40%[12] | 20%[13] | Advisory[14] |
| K-Town Disposal | 50%[15] | 50%[16] | 0 | Advisory[17] |
| Select Marble and Tile | ~31.66%[18] | ~31.66%[19] | ~36.66[20] | Advisory[21] |
| New England Finish Systems | 0 | 98.9%[22] | 1.1%[23] | |
| Eaton Door and Frame | 0 | 75%[24] | 25%[25] | "Made all the final decisions"[26] |

[1] In some entities, Jon Marquis's equity is held by his two daughters or his wife. Ex 2., Denver Dep. 21:18-22; 25:10-16.

[2] Ex. 2, Denver Dep. 21:11-15.

[3] Mr. Marquis's wife, Diane Marquis, owns the other portion of Select Demo. Ex. 2, Denver Dep. 21:18-22. Diane Marquis does not work for Select Demo. Ex. 2, Denver Dep. 27:18-19.

[4] Ex. 2, Denver Dep. 27:20-21.

[5] Ex. 3, Moore Dep. 27:18-21.

[6] Ex. 3, Moore Dep. 27:6-8.

[7] Ex. 2, Denver Dep. 22:12-13.

[8] This ownership interest is split between Mr. Marquis's daughters. Ex. 2, Denver Dep. 22:14-22. They do not work for Select Paint. Ex. 2, Denver Dep. 21:11-15.

[9] Tom Higgins, Vice President of Select Paint, owns 10%. Ex. 2, Denver Dep. 23:3-19.

[10] Ex. 2, Denver Dep. 27:22-23.

[11] Ex. 2, Denver Dep. 23:20-24:5.

[12] This ownership interest is split between Mr. Marquis's daughters. Ex. 2, Denver Dep. 24:3-7. Mr. Marquis's daughters are not employees of Select Spray. Ex. 2, Denver Dep. 26:1-2.

[13] Randy Scott, Vice Presidents of Select Demo and Select Spray, and Joseph Baker, Vice Presidents of Select Demo and Select Spray, each own 10% of Select Spray. Ex. 2, Denver Dep. 24:6-25:3.

[14] Ex. 2, Denver Dep. 28:1-2.

[15] Ex. 2, Denver Dep. 25:7-9.

[16] Ex. 2, Denver Dep. 25:17-21. Mr. Marquis's daughters are not employees of K-Town Disposal. Denver Dep. 25:20-21.

[17] Ex. 2 , Denver Dep. 28:3-4.

[18] Ex 2, Denver Dep. 26:3-5.

[19] This ownership interest is split between Mr. Marquis's daughters. Ex. 2, Denver Dep. 24:3-7. Mr. Marquis's daughters do not work for Select Marble and Tile. Ex. 2, Denver Dep. 27:15-17.

[20] Tom Butler, Principal of Select Marble and Tile, owns approximately 31.66%. Ex. 2, Denver Dep. 26:3-27:3. Srdjan Milicevic, Executive Vice President of Select Demo, owns 5%. Ex. 2, Denver Dep. 27:2-3; 27:9-14. Mr. Milicevic serves "in an advisory role" for Select Marble and Tile. Ex. 2, Denver Dep. 27:9-10.

[21] Ex. 2, Denver Dep. 28:5-6.

[22] Jon Marquis owns 98.9% of New England Finish Systems. Ex. 6, Houle Dep. 12:23-13:10.

[23] Ray Houle owns 1.1% of New England Finish Systems. Ex. 6, Houle Dep. 12:23-13:10.

[24] Diane Marquis, Jon Marquis's wife, owned 75%. Ex. 5, Philibotte Dep. 21:3-9.

[25] Kevin Philibotte owned 25% of Eaton Door and Frame prior to an October 2022 acquisition. Ex. 5, Philibotte Dep. 16:20-19:21.

[26] Ex. 5, Philibotte Dep. 22:6-23:7.