| | |
|---|---|
| From: | Chris Moore [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DC86233321AA46718254FDAC72812789-CHRIS MOORE] |
| Sent: | 7/20/2020 6:34:05 PM |
| To: | mamarquis2@gmail.com |
| Subject: | RE: IT Budget/Support Questions |

Hi Melissa

All of this is true and I have spoken to Dan multiple times about service but there are some valid reasons why Dan is like this:

• About a year and half ago there was a meeting with Dan, Jon, Ryan, Ray and myself about the IT spending in the past. It was reiterated to Dan that spending MUST come down. I believe Dan takes this too far sometimes, but I also think we have issue with the field breaking equipment and wanting a replacement immediately. There is absolutely no repercussions when an employee breaks their phone or tablet – they just want a new one that day.

• These companies operate like 10 different companies. Every managers wants things done their own way and on their time table. It is very difficult for any shared service to keep up with all the nuances. We can discuss more about this on Wednesday


Dan frustrates me by trying to get involved in too many areas of the business and not staying within IT. I have, on many occasions, told Dan to stay in his lane and focus on IT only. Dan is an extremely smart person and I believe he is very good at running an IT department, but I also feel that the CIO title was not warranted and has gone to his head.

I would love to talk to you at some point without Ryan Dogil because I feel that he is a big problem as well. I told Ryan that he is to not get involved with IT anymore. Unfortunately, people always go Ryan to get things done quickly. Ryan does get people what they need, but ignores cost. I feel that Ryan is a "people-pleaser" with very little business acumen. He has often called-out Dan on e-mails with field personnel on the thread. Dan took particular offense when Ryan called Dan a liar on an e-mail with field workers on it.

There are many issues here. Dan is not perfect, but he does keep a very close eye on company assets.

We can discuss more during our call on Wednesday.


Thanks,

Chris Moore
Controller
Marquis Management, LLC
1 Delaware Drive
Salem, NH 03079
Office: 603.386.0391 ext 1329


**From:** Ryan Dogil <rdogil@selectdemoservices.com>
**Sent:** Monday, July 20, 2020 2:02 PM
**To:** mamarquis2@gmail.com

MARQUIS-0000866

**Cc:** Chris Moore <cmoore@mqsmgt.com>
**Subject:** IT Budget/Support Questions

Good Afternoon Melissa,

I have done my best to collect the answers to your questions below.
I do not have a role within IT so a lot of the information I am not purvey to.

I could be completely wrong, my answers are based off of;
Experiences with IT
Experiences with Select staff venting to me
Experiences with Marquis Management IT Staff venting to me
Little knowledge of IT

I am by no way trying to make the current CIO look bad or say he is not doing his job properly.
I think the current CIO is good at protecting the company from Security Threats, IT Audits, and making sure we have fairly priced contracts.

In my opinion there are 3 issues with the IT Department.
The full details are laid out below as answers to your email but this is what I believe.

1)      Faulty Equipment
a.      I think sticking to a tight budget has created an impact with the equipment that is allocated. In my opinion the budget for equipment should be increased as the company grows.
They currently try to re-use all equipment that has been sent back after being diagnosed (I have no idea what steps they take to diagnose something) .
I do agree in recycling equipment but there needs to be a thorough diagnosis of why the device came back to make sure the hardware is reusable. Things like a cracked screen make sense to repair to reuse but hardware issues may not be worth it.
Here are some examples that are recent.

Ray Houle gives his phone back to IT because he is having issues with the phone not making phone calls.
IT reissues the phone after the CIO says the phone is working properly.
The new phone user has the same issue that Ray Houle had. IT wasted their time, and the new employee is not able to make phone calls.

A quick google of the issue would show that it's a common issue with the iPhone X that the motherboard cracks slightly due to the thinness of the phone and the side effect is that the phone resets during phone calls.
This phone should not have been reissued.

Another example
Bob Sylvester returns his phone because the camera shakes. It's an older iPhone 6Plus.
The CIO reissues the phone after diagnosing it
Eugene Conn the new user of the phone is now reporting the same issue, he needs to take photos of the tool boxes and he can't because the camera doesn't work.

According to the CIO failure rates are the same from repaired equipment vs new (I do not believe that statistic).

I discussed with the entire help desk staff and they all said the same thing.
50% if not more of the products they issue (All Used) need to be rebuilt within the first week of issuing it out to the staff.

This is a lot of wasted time on both ends

MARQUIS-0000867

2)      Under Staffed
a.      There are 880 devices in the Verizon Portal, and then my guess 200 devices that do not have Verizon (office computers). This includes Cell Phones, iPads, and Laptops. They only have 3 Help Desk employees to deal with issues for those devices. This is already in the process of being fixed. Chris Moore told the CIO to hire 2 more help desk staff members.

3)      Complicated CIO
a.      Employees do not like dealing with the CIO, they try to find ways around dealing with him. Due to how the equipment is allocated, there is no way to go to IT and not deal with the CIO.
b.      Chris Moore is currently working with the CIO on these issues but reasons are outlined below.

**All the best,**

Ryan Dogil
*Planning Director*



*New England's Premier Specialty Contractor*

**40 Lowell Road, Bldg. 2, Salem, NH 03079**
**Cell: 603-401-0119  Email: RDogil@selectdemoservices.com**
www.selectdemo.com | www.ktowndisposal.com

**Boston, MA | Salem, NH | Hartford, CT**

**Demolition | Abatement | Fire Proofing | Painting | Floor Polishing | Concrete | Final Cleaning | Disposal**

**From:** M Marquis <mamarquis2@gmail.com>
**Sent:** Tuesday, July 14, 2020 10:17 AM
**To:** Ryan Dogil <rdogil@selectdemoservices.com>
**Subject:** Some starter questions

Hi Ryan,

I thought it would be good to put some starter questions together to seed our discussion Thursday:

**Budget**

- Budget - what is the annual approved budget for this fiscal year?
I am unaware of an actual budget, there is a draft budget from 2019 set at 3.55 Million.
It does not look like it was ever maintained though, and I am not sure what the total spending for 2019 came out to. If it was over/under budget.
From first look the budget seems tight/low for the current status of the company. Which has seen since 2 new companies added (1 more on the way) and is collectively a 300 Million dollar company.
That's a little over 1% of the total companies revenue.

- What compromises that budget (breakout of labor(ppl). non-labor(hardware, software), actuals) and what is the forecast on those line items?
I have attached the budget, it does cover a lot and is detailed.
A lot of time was spent doing a discovery between myself and the CIO when he was first hired.
IT Staff Employees: $835,000 – almost a ¼ of the budget.

- How many IT employees and consultants?
6 including JDE Developers with 2 more on the way.

CIO (1)
Developers (2) – Not part of support team (JDE exclusively)
Hep Desk (2) + 1
Networking/Help Desk (1) + 1 – Primary workload is server maintenance, storage, and load balancing. Behind the scenes stuff.

- How often is the budget reviewed?
Doesn't look like it has been since we last had dinner at the Chateau. Early 2019.
I could be completely wrong as the CIO could discuss budget with ownership without me. (Most likely the case).
What I can say however is that the most recent version that was sent to me (Last Week) has not changed since 2019.

- What does the budget planning cycle(s) look like?
It would appear these do not exist. Next questions explains a little more as to why.

- Any major purchases or reductions in the next 6-18 months on the radar?
There seems to be on average a new company starting every 6 months so I would say there are significant start up purchases/costs. It is tough to project.
Select just purchased a very heavy duty printer for making books. This has been talked about for over a year and I don't seem to see it in the budget.

**IT Group Function and Services**
- What is the scope of divisions that the IT group serves?
All 11 Companies, anything that requires WiFi/Cellular/Bluetooth/Communication they service.
From Field Staff to Office Staff.

- What are the set of software the IT group supports and maintains?
IOS - Cell Phones and iPads
Security (email, networking, VPN, MDM)
Laptops (Office 365, Adobe, Blue beam, OST, Team Viewer, Active Directory)
Office phones (Mitel, Zoom Conference, Teams)

- Without regard to how IT operates today and with a more ideal but practical lens what core services and capabilities should the IT group provide (e.g., administration maintenance of software, hardware (PCs, devices, phones,etc) delivered on time, and working within expectations, manage the budget effectively looking for opportunities to reduce cost, effort, time)?
Biggest issue is they appear to be under staffed so new equipment could take weeks instead of days.
Nobody can ever get ahold of them due to the volume of issues they deal with.
I know Chris Moore has told the CIO to bulk buy when deals seem good instead of just buying 1 at a time, this was just last week though.
The way things are currently set up, IT monitors/manages basically anything that has to do with technology.
The user does not have much control of their device for example the user can't even rearrange apps on their phone or iPad without IT being involved.

- What is the expectation around how the IT group understands the needs of the divisions it supports?  In other words, how are they to understand the needs and expectations?
This is I am not sure of, I know the IT staff is frustrated because they feel like they are letting everyone down because they can't keep up with the large volume of equipment failures.
The current IT Staff is very pleasant to work with, professional, and knowledgeable. They all work together in a group chat to solve issues immediately.

 - Are employees in each of the divisions that IT supports clear about what IT provides and how to communicate with them?
No, I get asked 5 times a day for their number from the field.

MARQUIS-0000869

IT should be adding themselves as a favorite to every phone they issue.

**Challenges, Concerns**
- What are some of the challenges currently or in the recent past?
Understaffed and Equipment Failure

- What are your top 3-5 concerns about the IT group (examples are great)?
Number 1 concern: The current CIO has made himself unapproachable as in people do not want to deal with him . This causes a lot of issues as employees will find ways around dealing with IT for example; Going to me, or purchasing their own equipment.
This is being addressed , but it's not easy due to employees experiences.
(Other concerns are above in opening statement.
-        Failure Rate of Equipment
-        Used Equipment
-        Updated Budget / Projecting

- What are the challenges that the division may face over the next 6-18 months where IT plays a role (could be a negative where you think IT could make it worse or a positive where IT could have a positive impact)?
Select is building a new building – I myself am dreading this conversation with the CIO because he tries to take over and get involved in every aspect to the point where he isn't even dealing with IT needs.
It will start with what is needed for a server room, to expanding to colors of cables, lighting position and the color of the lights, dim settings, tv heights and desk locations, paint colors for eye strain/contrast. I dealt with this exact thing when we built our Boston office.

That is it for now :)
It would be great to at some point to get multiple perspectives on some of the above but not needed for right now.

**In summary I feel that the budget is not proportional to the size of the company.**
**Reissuing faulty equipment and asking the IT Staff to support it puts them in an uncomfortable situation and frustrates the organization.**

-Melissa